```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 15-01351-JJT
Gary F. Gerlach                                                     Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: JGoodling          Page 1 of 1            Date Rcvd: Apr 24, 2017
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db             +Gary F. Gerlach,    61 Oval Drive,    Dallas, PA 18612-9037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor Gary F. Gerlach dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Gary F. Gerlach aka Gary Frank Gerlach
            Debtor

CHAPTER 13

Nationstar Mortgage LLC
            Movant
   vs.

Gary F. Gerlach aka Gary Frank Gerlach
            Debtor

NO. 1:15-01351 JJT

Charles J. DeHart, III Esq.
            Trustee

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted, and approval and recordation (if applicable) of the Loan Modification Agreement executed on August 27, 2015 does not constitute a violation of the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Within 30 days from the entry of this order Movant shall file an amended Proof of Claim that conforms to the terms of the Loan Modification Agreement.

Dated: April 24, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)