UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
GARY F. GERLACH : CHAPTER 13
: CASE NO.: 5:15-bk-01351
Debtor :

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)**

*Do not file this certificate until you have completed all your plan payments.*

**Part I.** Certification Regarding Domestic Support Obligations *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X] I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan require me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II.** *If you check the second box, you must provide the information below.*

My current address is: _____

My current employer and my employer's address: _____

**Part III.** *Certification Regarding Section 11 U.S.C. §522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X] I have not claimed an exemption pursuant to 11 U.S.C. §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522 (p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. §522(q)(1), as amended.

[ ] I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522 (p)(1), and (2) that exceeds aggregate value allowed in 11 U.S.C. §522(q)(1), as amended.

**Part IV.** *Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge information and belief.

DATED: July 26, 2018        BY: /s/ Gary F. Gerlach
                                Gary F. Gerlach, Debtor