Certificate Number: 17572-PAW-DE-031375731

Bankruptcy Case Number: 15-01351



17572-PAW-DE-031375731

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 25, 2018, at 9:52 o'clock AM PDT, Gary F Gerlach completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 25, 2018

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor